Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

Kenneth Marshall Horn,
Plaintiff

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 23-CV-6358

v.

Commissioner of Social Security,
Defendant

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the decision of the Commissioner is VACATED, and the matter is REMANDED for further administrative proceedings consistent with this decision.

Date: December 12, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Dawn K.
    Deputy Clerk